UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Jay Hinkle,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HOME123; Mortgage Electronic Registration Systems, Inc.; U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Washington Mutual Mortgage Pass Through Certificates WMALT Series 2006 AR8 Trust, Erroneously Sued As LaSalle Bank National Association, Erroneously Sued As US Bank, NA; LaSalle Bank National Association as Trustee for Washington Mutual Mortgage Pass-through Certificates WMALT Series 2006-AR8; US BANK, NA as Trustee for Washington Mutual Mortgage Pass-through Certificates WMALT Series 2006-AR8; JP Morgan Chase Bank, N.A.; and Does 1-10 inclusive<br><br>　　　　　　　　　　Defendants. | Case No. EDCV 17-02335 JGB (SHKx)<br><br>**JUDGMENT** |

///
///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's Second Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: September 27, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge